# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Joseph Walker aka Joe Walker<br>    Debtor/Plaintiff(s) | CHAPTER 13 |
| M&T Bank<br>    Secured Creditor/Defendant<br>v.<br>Joseph Walker aka Joe Walker<br>    Debtor/Plaintiff(s)<br><br>William C. Miller Esq.<br>    Trustee | ADVERSARY NO. 19-00228 MDC<br><br>BANKRUPTCY NO. 19-12097 MDC |

## ORDER GRANTING EXTENSION

Upon consideration of Secured Creditor/Defendant's Motion requesting an extension until January 21, 2020 to file a Response to Debtor/Plaintiff's Adversary Complaint, it is hereby;

ORDERED that the deadline to file the Response be extended to January 21, 2020.

Dated: December 12, 2019

By the court:

*Magdelline D. Coleman*

Magdelline D. Coleman
Chief U.S. Bankruptcy Judge