# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Joseph Walker aka Joe Walker<br>　　　　　　Debtor/Plaintiff(s)<br><br>M&T Bank<br>　　　　　Secured Creditor/Defendant<br>　　　v.<br>Joseph Walker aka Joe Walker<br>　　　　　　Debtor/Plaintiff(s)<br><br>William C. Miller Esq.<br>　　　　　Trustee | CHAPTER 13<br><br><br>ADVERSARY NO. 19-00228 MDC<br><br>BANKRUPTCY NO. 19-12097 MDC |

## ORDER GRANTING EXTENSION

Upon consideration of Secured Creditor/Defendant's Motion requesting an extension until January 21, 2020 to file a Response to Debtor/Plaintiff's Adversary Complaint, it is hereby;

ORDERED that the deadline to file the Response be extended to January 21, 2020.

Dated:　December 12, 2019

By the court:

_Magdelline D. Coleman_
Magdelline D. Coleman
Chief U.S. Bankruptcy Judge