United States Bankruptcy Court
Eastern District of Pennsylvania

Walker,
    Plaintiff                                                     Adv. Proc. No. 19-00228-mdc

M&T Bank,
    Defendant

## CERTIFICATE OF NOTICE

District/off: 0313-2         User: Randi               Page 1 of 1             Date Rcvd: Dec 12, 2019
                            Form ID: pdf900        Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 14, 2019.
ust           +BRENDA D. GISH,   Office of United States Trustee - U.S. D,   Federal Building,
               228 Walnut Street, 11th Floor,   Harrisburg, PA 17101-1714

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust           +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Dec 13 2019 03:33:13      Frederic J. Baker,
               Office of United States Trustee,   833 Chestnut Street,   Suite 500,
               Philadelphia, PA 19107-4405
ust           +E-mail/Text: USTPRegion03.WL.ECF@USDOJ.GOV Dec 13 2019 03:33:13      SHAKIMA L. DORTCH,
               U.S. Dept. of Justice - U.S. Trustee,   844 N. King Street,   Suite 2207,
               Wilmington, DE 19801-3519
ust           +E-mail/Text: USTPRegion03.HA.ECF@USDOJ.GOV Dec 13 2019 03:33:14      United States Trustee,
               228 Walnut Street, Suite 1190,   Harrisburg, PA 17101-1722
ust           +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Dec 13 2019 03:33:13      United States Trustee,
               Office of the U.S. Trustee,   200 Chestnut Street,   Suite 502,   Philadelphia, PA 19106-2908
                                                                                                                 TOTAL: 4

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2019                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 12, 2019 at the address(es) listed below:
              IRWIN LEE TRAUSS    on behalf of Plaintiff Joseph  Walker itrauss@philalegal.org,   irwin@trauss.com
              REBECCA ANN SOLARZ    on behalf of Defendant    M&T Bank bkgroup@kmllawgroup.com
                                                                                                                                      TOTAL: 2

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Joseph Walker aka Joe Walker <br>     Debtor/Plaintiff(s) | CHAPTER 13 |
| M&T Bank <br>     Secured Creditor/Defendant <br> v. <br> Joseph Walker aka Joe Walker <br>     Debtor/Plaintiff(s) | ADVERSARY NO. 19-00228 MDC <br><br> BANKRUPTCY NO. 19-12097 MDC |
| William C. Miller Esq. <br>     Trustee | |

## ORDER GRANTING EXTENSION

Upon consideration of Secured Creditor/Defendant's Motion requesting an extension until January 21, 2020 to file a Response to Debtor/Plaintiff's Adversary Complaint, it is hereby;

ORDERED that the deadline to file the Response be extended to January 21, 2020.

Dated: December 12, 2019

By the court:

*Magdelline D. Coleman*

Magdelline D. Coleman
Chief U.S. Bankruptcy Judge