United States Bankruptcy Court
Eastern District of Pennsylvania

Walker,
        Plaintiff                                          Adv. Proc. No. 19-00228-mdc

M&T Bank,
        Defendant

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett          Page 1 of 1          Date Rcvd: Dec 13, 2019
                             Form ID: pdf900          Total Noticed: 10


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 15, 2019.
ust            +BRENDA D. GISH,   Office of United States Trustee - U.S. D,   Federal Building,
                228 Walnut Street, 11th Floor,   Harrisburg, PA 17101-1714
pla            +Joseph Walker,   6715 Haverford Avenue,   Philadelphia, PA 19151-3624

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Dec 14 2019 02:56:50    City of Philadelphia,
                City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 14 2019 02:56:21
                Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 14 2019 02:56:39    U.S. Attorney Office,
                c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
ust            +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Dec 14 2019 02:56:25    Frederic J. Baker,
                Office of United States Trustee,   833 Chestnut Street,   Suite 500,
                Philadelphia, PA 19107-4405
ust            +E-mail/Text: USTPRegion03.WL.ECF@USDOJ.GOV Dec 14 2019 02:56:25     SHAKIMA L. DORTCH,
                U.S. Dept. of Justice - U.S. Trustee,   844 N. King Street,   Suite 2207,
                Wilmington, DE 19801-3519
ust            +E-mail/Text: USTPRegion03.HA.ECF@USDOJ.GOV Dec 14 2019 02:56:25     United States Trustee,
                228 Walnut Street, Suite 1190,   Harrisburg, PA 17101-1722
ust            +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Dec 14 2019 02:56:25     United States Trustee,
                Office of the U.S. Trustee,   200 Chestnut Street,   Suite 502,   Philadelphia, PA 19106-2908
dft             E-mail/Text: camanagement@mtb.com Dec 14 2019 02:55:56     M&T Bank,   One Fountain Plaza,
                Buffalo, NY  14203
                                                                              TOTAL: 8

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2019                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 12, 2019 at the address(es) listed below:
          IRWIN LEE TRAUSS   on behalf of Plaintiff Joseph  Walker itrauss@philalegal.org,  irwin@trauss.com
          REBECCA ANN SOLARZ   on behalf of Defendant   M&T Bank bkgroup@kmllawgroup.com
                                                                              TOTAL: 2

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Joseph Walker aka Joe Walker

      Debtor/Plaintiff(s)     CHAPTER 13

M&T Bank

     Secured Creditor/Defendant

     v.         ADVERSARY NO. 19-00228 MDC

Joseph Walker aka Joe Walker

      Debtor/Plaintiff(s)     BANKRUPTCY NO. 19-12097 MDC

William C. Miller Esq.

      Trustee

### ORDER GRANTING EXTENSION

Upon consideration of Secured Creditor/Defendant's Motion requesting an

extension until January 21, 2020 to file a Response to Debtor/Plaintiff's Adversary

Complaint, it is hereby;

ORDERED that the deadline to file the Response be extended to January 21,

2020.

By the court:

Dated: December 12, 2019

*Magdelline D. Coleman*

Magdelline D. Coleman
Chief U.S. Bankruptcy Judge