# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Joseph Walker aka Joe Walker <br> <u>Debtor/Plaintiff(s)</u> <br><br> M&T Bank <br> <u>Secured Creditor/Defendant</u> <br> v. <br> Joseph Walker aka Joe Walker <br> <u>Debtor/Plaintiff(s)</u> <br><br> William C. Miller Esq. <br> <u>Trustee</u> | CHAPTER 13 <br><br><br> ADVERSARY NO. 19-00228 MDC <br><br> BANKRUPTCY NO. 19-12097 MDC |

## ORDER GRANTING EXTENSION

Upon consideration of Secured Creditor/Defendant's Motion requesting an extension until February 21, 2020 to file a Response to Debtor/Plaintiff's Adversary Complaint, it is hereby;

ORDERED that the deadline to file the Response be extended to February 21, 2020.

Dated: January 22, 2020

By the court:

*Magdeline D. Coleman*

Magdeline D. Coleman
Chief U.S. Bankruptcy Judge