**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: Joseph Walker aka Joe Walker,<br><br>    Debtor<br><br>JOSEPH WALKER,<br><br>    Plaintiff<br>  v.<br><br>M &T BANK,<br><br>    Defendant | CHAPTER 13<br><br>ADVERSARY NO. 19-00228 MDC<br><br>BANKRUPTCY NO. 19-12097 MDC |

**ORDER**

    AND NOW, this _____ day of _____, 2020 at Philadelphia, upon Defendant, M&T Bank's Amended Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) or, in the alternative, for Summary Judgment Pursuant to Fed. R. Civ. P. 56, it is

    ORDERED THAT: Defendant is hereby granted Summary Judgment and Plaintiff's Amended Complaint is hereby dismissed with prejudice.

 

                                                                                                                  United States Bankruptcy Judge.