**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

```
In re: Joseph Walker              :    CHAPTER 13

            Debtor                :    BANKRUPTCY NO.19-12097

Joseph Walker
            Debtor                :    Adv. #19-00228
      v.

M&T Bank                          :
```

### **O R D E R**

AND NOW, this _____ day of _____, 2020 it is hereby Order and Decreed as Follows:

The Motion of M&T Bank to Dismiss Plaintiff's Amended Complaint or in the Alternative for Summary Judgment is: DENIED.

_____
Magdeline D. Coleman
Chief Bankruptcy Judge