**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: Joseph Walker | : | CHAPTER 13 |
| Debtor | : | BANKRUPTCY NO.19-12097 |
| Joseph Walker | | |
| Debtor | : | Adv. #19-00228 |
| v. | | |
| M&T Bank | : | |
| | : | |

**O R D E R**

AND NOW, this _____ day of _____, 2020, it is hereby ORDERED and DECREED that time in which Plaintiff may file a response to Defendant's Motion to Dismiss Plaintiff's Second Amended Complaint is enlarged to extend through September 16, 2020.

BY THE COURT:

_____
Magdeline D. Coleman
U.S. BANKRUPTCY JUDGE