**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: Joseph Walker | : | CHAPTER 13 |
| Debtor | : | BANKRUPTCY NO.19-12097 |
| Joseph Walker | | |
| Debtor | : | Adv. #19-00228 |
| v. | | |
| M&T Bank | : | |

**ORDER**

AND NOW this _____ day of _____, 2020, upon consideration of the Motion of M&T Bank and Plaintiff's response thereto, it is here by **ORDERED** and **DECREED** as follows:

1. M&T Bank's Motion to Dismiss Plaintiff's Second Amended Complaint is: **DENIED** as to all the relief sought in the pleading.

2. M&T Bank's request to treat the motion as a motion for Summary Judgment is: **DENIED.**

3. M&T Bank shall file an Answer to the Second Amended Complaint within 30 days of this Order.

4. The Court shall Schedule a hearing to consider Plaintiff's request for relief pursuant to F.R.B.P. Rule 3001(c)(3)(D)(i) and (ii) as part of its scheduling order after the filing of M&T's Answer to Plaintiff's Second Amended Complaint.

_____
Magdeline D. Coleman
Chief Bankruptcy Judge