**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re: Joseph Walker          :     CHAPTER 13

        Debtor     :     BANKRUPTCY NO.19-12097

Joseph Walker
        Debtor     :     Adv. #19-00228
   v.

M&T Bank                      :

**ORDER**

AND NOW this  28th  day of  October , 2020, upon consideration of the Motion of M&T Bank and Plaintiff's response thereto, it is here by **ORDERED** and **DECREED** as follows:

1. M&T Bank's Motion to Dismiss Plaintiff's Second Amended Complaint is: **DENIED** as to all the relief sought in the pleading.

2. M&T Bank's request to treat the motion as a motion for Summary Judgment is: **DENIED.**

3. M&T Bank shall file an Answer to the Second Amended Complaint within 30 days of this Order.

4. The Court shall Schedule a hearing to consider Plaintiff's request for relief pursuant to F.R.B.P. Rule 3001(c)(3)(D)(i) and (ii) as part of its scheduling order after the filing of M&T's Answer to Plaintiff's Second Amended Complaint.

_____
Magdeline D. Coleman
Chief Bankruptcy Judge