# KML LAW GROUP, P.C.

| | | |
|---|---|---|
| MICHAEL T. MCKEEVER* <br> LISA A. LEE* <br> KRISTINA G. MURTHA* <br> BRIAN C. NICHOLAS* <br> *PA & NJ BAR | ATTORNEYS AT LAW <br> _____ <br><br> SUITE 5000 <br> 701 MARKET STREET <br> PHILADELPHIA, PENNSYLVANIA 19106-1532 <br> (215) 627-1322 <br> (866) 413-2311 <br> FAX (215) 627-7734 | CAITLIN M. DONNELLY* <br> NICHOLAS J. ZABALA* <br> REBECCA A. SOLARZ* <br> NORA C. VIGGIANO* <br> DENISE CARLON* <br> RICHARD ABEL <br> UJALA AFTAB* <br> EVAN J. HARRA* <br> MARIA MIKSICH <br> J. ERIC KISHBAUGH* <br> BROOKE R. WAISBORD |

**WWW.KMLLAWGROUP.COM**

December 24, 2020

Chief Judge Magdeline D. Coleman
United States Bankruptcy Court
Eastern District of Pennsylvania
Robert N.C. Nix Sr. Federal Courthouse
900 Market Street
Philadelphia, PA 19107

RE:    Adversary Action 19-228 MDC
        Joseph Walker v. M&T Bank
        Mediation Joint Statement

Dear Judge Coleman:

    I represent M&T Bank in the above-captioned adversary action. Pursuant to your Pretrial Scheduling Order issued on November 19, 2020, I am filing this Rule 26(f) Report requesting changes to the court-issued Scheduling Order. Specifically, both parties are requesting that each deadline be extended by thirty (30) days as detailed below due to pending Motion to Dismiss within the main bankruptcy case. As the parties are currently focusing on providing the required evidence to this court for that Motion, and the ultimate resolution of that Motion may impact this adversary action, the parties both believe that a thirty (30) day extension will be beneficial.

    The new proposed schedule is:

A. All discovery shall be completed on or before **March 19, 2021**.

B. All expert witnesses shall be identified and a copy of each expert's report shall be provided to every other party, in accordance with Fed. R. Civ. P. 26(a)(2) on or before **February 17, 2021**.

C. All motions to amend the pleadings or for summary judgment shall be filed on or before **April 19, 2021**.

D. All discovery disclosures pursuant to Fed. R. Civ. P. 26(a)(3) shall be served on opposing parties and filed with the bankruptcy court on or before **May 3, 2021**.

E. Any objections to the Rule 26(a)(3) disclosures shall be served on opposing parties and filed with the bankruptcy court on or before **May 17, 2021**.

F. On or before **June 15, 2021**, the parties shall file a joint pretrial statement consistent with the form set forth in paragraph 7 below and file a copy with chambers. The joint pretrial statement shall be signed by all counsel. It is the obligation of the plaintiff's counsel to initiate, assemble and submit the proposed pretrial statement. Plaintiff's counsel shall submit a proposed joint pretrial statement to defendant's counsel not less than 7 days prior to the deadline for its submission.

Counsel are expected to make a diligent effort to prepare a proposed pretrial statement in which will be noted all of the issues on which the parties are in agreement and all of those issues on which they disagree. The proposed pretrial statement shall supersede all pleadings in the case. Amendments will be allowed only in exceptional circumstances and to prevent manifest injustice.

G. All motions *in limine* shall be filed on or before **June 15, 2021**.

Further, the mandatory pretrial/settlement conference shall be scheduled on a date approximately thirty days from on **June 9, 2021**, the originally scheduled date.

We respectfully request that Your Honor grant our joint request for the thirty (30) day extension. Your Honor's review and consideration of this matter is greatly appreciated.

Respectfully yours,

KML LAW GROUP, P.C.

/s/Rebecca A. Solarz
Rebecca A. Solarz
Attorney for M&T Bank
215-825-6327
rsolarz@kmllawgroup.com

cc:     Irwin Trauss (via email and electronic filing)