UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| Joseph Walker, | : | |
| Debtor. | : | Bankruptcy No.   19-12097- MDC |
| | | |
| Joseph Walker, | : | |
| Plaintiff, | : | |
| v. | : | Adversary No.   19-00228-MDC |
| M&T Bank, | | |
| Debtor. | : | |

# **AMENDED PRETRIAL ORDER**

**AND NOW**, at the request of the parties, it is hereby **ORDERED** that the Pretrial Orders previously entered in this adversary proceeding are modified as provided below:

1. All expert witnesses shall be identified, and a copy of each expert's report shall be provided to every other party, in accordance with Fed. R. Civ. P. 26(a)(2) on or before **December 3, 2021**.

2. All discovery shall be completed on or before **November 22, 2021**.

3. All discovery disclosures pursuant to Fed. R. Civ. P. 26(a)(3) shall be served on opposing parties and filed with the bankruptcy court on or before **November 29, 2021**.

4. Any objections to Rule 26(a)(3) disclosures shall be served on opposing counsel and filed with the bankruptcy court on or before **December 6, 2021**.

5. All motions to amend the pleadings, or for summary judgment, shall be filed on or before **December 17, 2021**.   If such a motion or motions is/are filed, the parties are **not relieved** of their obligation to comply with the terms of the balance of this Pretrial Order.

6. A Joint Pretrial Statement shall be filed in the form described in Pretrial Order #1 on or before **December 23, 2021**

7. A mandatory final pretrial/settlement conference shall be held on **January 6, 2022, at 11:00 a.m. in Bankruptcy Courtroom No. 2, Robert N.C. Nix Federal Building & Courthouse, 900 Market Street, Second Floor, Philadelphia, Pennsylvania.**

8. In all other respects, all Pretrial Orders previously entered in this adversary proceeding shall remain in full force and effect.

Dated:   November 8, 2021

*Magdeline D. Coleman*
_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE

Irwin L. Trauss, Esquire
Philadelphia Legal Services
718 Arch Street, Suite 300 N
Philadelphia, PA 19106

Rebecca A. Solarz, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532