UNITED STATES BANKRUPTCY COURT

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

---

IN RE: Joseph Walker aka Joe Walker

Debtor/Plaintiff(s)

M&T Bank

Secured Creditor/Defendant
v.
Joseph Walker aka Joe Walker

Debtor/Plaintiff(s)

William C. Miller Esq.

Trustee

CHAPTER 13

ADVERSARY NO. 19-00228 MDC

BANKRUPTCY NO. 19-12097 MDC

**AMENDED SCHEDULING ORDER**

Upon consideration of Secured Creditor/Defendant's Request to Amend the November 8, 2021 Scheduling Order and Plaintiff's concurrence thereto, it is

ORDERED Secured Creditor/Defendant's Request is GRANTED and it is

FURTHER ORDERED that the Scheduling Order is amended as follows:

A. All discovery shall be completed on or before **May 31, 2022**.

B. Plaintiff to identify all expert witnesses and a copy of each expert's report shall be provided to Defendant, in accordance with Fed. R. Civ. P. 26(a)(2) on or before **June 30, 2022**.

C. Defendant to identify all expert witnesses and a copy of each expert's report shall be provided to Plaintiff, in accordance with Fed. R. Civ. P. 26(a)(2) on or before **July 31, 2022**.

C. All motions to amend the pleadings or for summary judgment shall be filed on or before **August 31, 2022**.

D. All discovery disclosures pursuant to Fed. R. Civ. P. 26(a)(3) shall be served on opposing parties and filed with the bankruptcy court on or before **September 15, 2022**.

E. Any objections to the Rule 26(a)(3) disclosures shall be served on opposing parties and filed with the bankruptcy court on or before **September 30, 2022**.

F. On or before **October 31, 2022**, the parties shall file a joint pretrial statement consistent with the form set forth in paragraph 7 below and file a copy with chambers. The joint pretrial statement shall be signed by all counsel. It is the obligation of the plaintiff's counsel to initiate, assemble and submit the proposed pretrial statement. Plaintiff's counsel shall submit a proposed joint pretrial statement to defendant's counsel not less than 7 days prior to the deadline for its submission.

Counsel are expected to make a diligent effort to prepare a proposed pretrial statement in which will be noted all of the issues on which the parties are in agreement and all of those issues on which they disagree. The proposed pretrial statement shall supersede all pleadings in the case. Amendments will be allowed only in exceptional circumstances and to prevent manifest injustice.

G. All motions *in limine* shall be filed on or before **October 31, 2022**.

H. The mandatory pretrial/settlement conference shall be scheduled on **November 16, 2022, at 11:00 a.m.**

By the court:

Dated:   January 19, 2022

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge