### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Joseph Walker aka Joe Walker<br>           Debtor/Plaintiff(s) | CHAPTER 13 |
| M&T Bank<br>     Secured Creditor/Defendant<br>vs. | ADVERSARY NO. 19-00228 MDC |
| Joseph Walker aka Joe Walker<br>           Debtor/Plaintiff(s)<br>Kenneth E. West Esq.<br>           Trustee | BANKRUPTCY NO. 19-12097 MDC |

### CERTIFICATE OF SERVICE

I, Rebecca A. Solarz, Esq., attorney for Movant, do hereby certify that I caused true and correct copies of the Order granting Movant's Motion to Expedite to be served on May 12, 2022, by email upon those listed below:

Attorney for Debtor(s)
IRWIN TRAUSS, ESQUIRE
718 Arch Street
Suite 300 N
Philadelphia, PA 19106


Date: May 12, 2022

/s/ Rebecca A. Solarz, Esq.
_____
Rebecca A. Solarz, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
Phone: (215) 627-1322 Fax: (215) 627-7734
  Attorneys for Movant/Applicant