# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Joseph Walker aka Joe Walker<br>　　　　　　　Debtor/Plaintiff(s) | CHAPTER 13 |
| M&T Bank<br>　　　　Secured Creditor/Defendant<br>　　vs. | ADVERSARY NO. 19-00228 MDC |
| Joseph Walker aka Joe Walker<br>　　　　　　　Debtor/Plaintiff(s) | BANKRUPTCY NO. 19-12097 MDC |
| Kenneth E. West Esq.<br>　　　　　Trustee | |

## O R D E R

**AND NOW**, upon consideration of M&T Bank's Motion to Compel Access to Property ("the Motion"), and the request for an expedited hearing thereon, and sufficient cause being shown, it is hereby **ORDERED** that:

1. The request for an expedited hearing is **GRANTED**.

2. A hearing to consider the Motion shall be held **July 21, 2022 at 11:00 a.m.** in the United States Bankruptcy Judge, in Courtroom 2 at the United States Bankruptcy Court, Robert N.C. Nix Building, 900 Market Street, Philadelphia, PA 19107-4299. Parties may appear telephonically.

3. Written objections or other responsive pleadings to the Motion (while not required) may be filed up to the time of the hearing and all objections will be considered at the hearing.

4. The Movant(s) shall serve the Motion and this Order on Debtor by facsimile transmission or e-mail transmission no later than 5:00 p.m. on or before  July 7, 2022  . Service under this Paragraph is effective if made to each party identified above through the court's CM/ECF system.

5. The Movant shall file a Certification of Service as required by Local Rule 9014-4.

**Date:**  July 6, 2022

_Magdeline D. Coleman_
**MAGDELINE D. COLEMAN**
**CHIEF U.S. BANKRUPTCY JUDGE**