# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Joseph Walker aka Joe Walker<br>　　　　　　Debtor/Plaintiff(s) | CHAPTER 13 |
| M&T Bank<br>　　Secured Creditor/Defendant<br>　vs. | ADVERSARY NO. 19-00228 MDC |
| Joseph Walker aka Joe Walker<br>　　　　　　Debtor/Plaintiff(s)<br>Kenneth E. West Esq.<br>　　　　　　Trustee | BANKRUPTCY NO. 19-12097 MDC |

## CERTIFICATE OF SERVICE

I, Rebecca A. Solarz, Esq., attorney for Movant, do hereby certify that I caused true and correct copies of the Order Granting Movant's Motion to Compel to be served on July 6, 2022, by e-mail upon those listed below:

Attorney for Debtor(s)
IRWIN TRAUSS, ESQUIRE
718 Arch Street
Suite 300 N
Philadelphia, PA 19106

Date: July 6, 2022

　　　　　　　　　　　　　　　　　　　/s/ Rebecca A. Solarz, Esq.
　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Rebecca A. Solarz, Esquire
　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106-1532
　　　　　　　　　　　　　　　　　　　Phone: (215) 627-1322 Fax: (215) 627-7734
　　　　　　　　　　　　　　　　　　　　Attorneys for Movant/Applicant