**KML LAW GROUP, P.C.**
**SUITE 5000 – THE BNY INDEPENDENCE CENTER**
**701 MARKET STREET**
**PHILADELPHIA, PA 19106**
www.kmllawgroup.com

February 14, 2024

IRWIN TRAUSS ESQUIRE
718 Arch Street
Suite 300 N
Philadelphia, PA 19106

RE:     Joseph Walker aka Joe Walker
         Case No. 19-12097 MDC
         Last 4 Digits of Loan #:

Dear IRWIN TRAUSS ESQUIRE:

    Enclosed please find a Stipulation with regard to the above referenced matter. Kindly execute and return to this office for filing with the Court as soon as possible.

        Very truly yours,

        KML Law Group, P.C.

        By: _____
            Matteo S. Weiner, Esquire
            James C. Warmbrodt, Esquire
            KML Law Group, P.C.
            701 Market Street, Suite 5000
            Philadelphia, PA 19106-1532
            (215) 627-1322 FAX (215) 627-7734

Enclosure

cc:     M&T BANK

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re:<br><br>Joseph Walker aka Joe Walker,<br><br>      Debtor.<br><br>Joseph Walker aka Joe Walker,<br><br>      Plaintiff,<br>vs.<br><br>M&T Bank,<br><br>      Defendant. | CHAPTER 13<br><br>NO. 19-12097 MDC<br><br>ADV. PRO. NO. 19-00228 MDC |

**STIPULATION RESOLVING ADVERSARY PROCEEDING**

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. The parties have agreed to a modification of the terms of the underlying loan which will resolve the instant Adversary Proceeding;

2. The loan modification agreement has been provided to Debtor and Debtor's counsel;

3. The terms of the loan modification shall be presented to the Court in a separate motion in the underlying bankruptcy proceeding;

4. Debtor, through counsel, will file a motion to approve the modification within 14 days of the entry of this Order;

5. The modification shall be executed by the Debtor and returned to Secured Creditor per the instructions provided no later than February 21, 2024;

6. Should the Debtor fail to execute the modification and/or file the motion to approve the modification within the prescribed time period, this Stipulation shall be null and void;

7. Upon the Court's approval of the modification, Adversary Proceeding 19-00228-MDC is hereby RESOLVED;

8. For the purposes of this order, the parties agree that a facsimile signature shall be considered an original signature.

Date: 2/20/2024

By: /s/ Denise Carlon
Denise Carlon, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
Attorney for Secured Creditor/Defendant

Date: 02/19/2024

/s/ Joanne Werden
Joanne Werdel, Esquire
Philadelphia Legal Assistance
718 Arch Street, Suite 300N
Philadelphia, PA 19106
Attorney for Debtor/Plaintiff

Approved by the Court this ___ day of _____, 2024. However, the court retains discretion regarding entry of any further order.

Bankruptcy Judge
Magdeline D. Coleman